# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 05-834 consolidated with CA 05-833, CA 05-836

**JAMES NEIL COLLINS, ET AL.**

**VERSUS**

**IBERIA PARISH SCHOOL BOARD, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 101490-D C/W 101420-D, 101787-D
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

**AFFIRMED.**

**David Robert Kelly**
**Breazeale, Sachse, and Wilson**
**P. O. Box 3197**
**Baton Rouge, LA 70821**
**(225) 387-4000**
**Counsel for Defendant/Appellant:**
**Honeywell International, Inc.**

**Walter Clayton Dumas**
**Dumas & Associates Law Corporation**
**P. O. Box 1366**
**Baton Rouge, LA 70821-1366**
**(225) 383-4701**
**Counsel forPlaintiffs/Appellees:**
**Kelly Charpentier**
**Fred Charpentier**
**Harold Alexander, Jr.**

**David W. Groner**
**Attorney at Law**
**P. O. Box 9207**
**New Iberia, La 70562-2907**
**(337) 364-3629**
**Counsel for Plaintiffs/Appellees:**
**Jeanine Collins**
**Nicole Collins**
**James Neil Collins**
**Claire Collins**

**Gary Mark Zwain**
**Duplass, Zwain & Buirgeios**
**3838 N. Causeway Blvd Ste 2900**
**Metairie, LA 70002**
**(504) 832-3700**
**Counsel for Defendant/Appellant:**
**Crown Roofing Services, Inc.**

**David Perry Salley**
**Salley, Hite, Rivera & Mercer**
**3753 Perkins Rd., Ste 5**
**Baton Rouge, LA 70808**
**(225) 379-3133**
**Counsel for Defendant/Appellant:**
**Iberia Parish School Board**

**P. Charles Calahan**
**Attorney at Law**
**P. O. Box 9547**
**New Iberia, LA 70562-9547**
**(337) 365-8046**
**Counsel for Plaintiffs/Appellees:**
**B.H. Calahan**
**Annie R.H. Rapp**

**Chet Girard Boudreaux**
**McKernan Law Firm**
**8710 Jefferson Highway**
**Baton Rouge, LA 70809**
**(225) 926-1234**
**Counsel for Plaintiffs/Appellees:**
**James Neil Collins**
**Claire Collins**
**B.H. Calahan**
**Nicole Collins**
**Jeanine Collins**
**Harold Alexander, Jr.**
**Annie R.H. Rapp**
**Fred Charpentier**
**Kelly Charpentier**

**SAUNDERS, Judge.**

For the reasons set forth in the companion case hereto, ANNIE R. H. RAPP, ET AL. VERSUS IBERIA PARISH SCHOOL BOARD, ET AL., 05-833 (La.App. 3 Cir. /__ /06), ___ So.2d ___, the judgment of the trial court is affirmed.

**AFFIRMED.**